IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -9, A 10: 2

JOHN CHARLES BROGDON,

Petitioner,

v.

CIVIL ACTION NO. CV204-178

TYDUS MEADOWS, Warden,

Respondent.

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 27th day of May, 2005.

SO ORDERED, this 9th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BROGDON )

vs ) CASE NUMBER CV204-178

MEADOWS ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/9/05, which is part of the official record of this case.

Date of Mailing: 5/9/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

John Brogdon, GDC 494817, Men's State Prison, P.O. Box 396, Hardwick, GA 31034
Jason Fisher
Paula Smith

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate